505 A.2d 252

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**George Richard ZIPAY, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 12, 1986.

## ORDER

PER CURIAM.

**AND NOW, to-wit,** this 12th day of February, 1986, in light of our recent decision in *Commonwealth v. DePasquale*, 509 Pa. 183, 501 A.2d 626 (1985), the petition for allowance of appeal is granted, the Order of the Superior Court is reversed, and the judgment entered by the Court of Common Pleas of Mercer County on January 20, 1984 is reinstated.